1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
KATE SVALDI,                            )
                                        )        No. C12-1710RSL
                  Plaintiff,            )
        v.                              )
                                        )
CAROLYN W. COLVIN,                      )        ORDER REMANDING MATTER TO
                                        )        COMMISSIONER OF SOCIAL
                  Defendant.            )        SECURITY
_____ )

        This matter comes before the Court on the Report and Recommendation of the

Honorable James P. Donohue, United States Magistrate Judge.  Having reviewed the Report and

Recommendation, plaintiff's objections, the Commissioner's reply, the administrative record

("AR"), and the remainder of the record, the Court finds as follows:

        (1)  The Court adopts the first six sections of the Report and Recommendation.

        (2)  The Commissioner's denial of benefits must be affirmed if it is based on the proper

legal standards and the findings are supported by substantial evidence in the record as a whole.

Schneider v. Comm'r of Soc. Sec. Admin., 223 F.3d 968, 973 (9th Cir. 2000).  Substantial

evidence means more than a scintilla, but less that a preponderance.  Andrews v. Shalala, 53

F.3d 1035, 1039 (9th Cir. 1995).  Whether there is substantial evidence supporting the ALJ's

decision must be determined in light of the record as a whole:  the district court must consider

both supporting and contrary evidence in the record.  Vasquez v. Astrue, 572 F.3d 586, 591 (9th

ORDER REMANDING MATTER TO
COMMISSIONER OF SOCIAL SECURITY

1  Cir. 2009).

2          The record the ALJ reviewed contained substantial evidence supporting a finding

3  that plaintiff was not disabled, but that is not the only permissible interpretation.  The record also

4  contains ample evidence of disability.  Based on the then-existing record, the ALJ interpreted

5  Dr. Agnani's December 2010 report as evidence that plaintiff could not perform past relevant

6  work, with the implication being that the treating physician had not ruled out only employment

7  that required frequent interaction with the public.  Dr. Agnani has since issued another report

8  opining that plaintiff is not able to engage in gainful employment at all and that she suffers from

9  a chronic condition.  Given that the line between disabled and not disabled is razor thin in this

10  case, the Court cannot say with assurance that Dr. Agnani's February 2012 opinion would have

11  been immaterial to the ALJ's analysis.  Although the Court will not reweigh the evidence in the

12  record, try issues *de novo*, or substitute its judgment for that of the Commissioner (Brown v.

13  Apfel, 192 F.3d 492, 496 (5th Cir. 1999)), it will remand this matter to the Commissioner for a

14  determination of whether the record as a whole, including the February 2012 opinion, warrants a

15  finding of disability.  See McAllister v. Sullivan, 888 F.2d 599, 603 (9th Cir. 1989) (remand is

16  appropriate where the Commissioner is in a better position than the court to evaluate the

17  evidence).

18          (4)  Because the ALJ's other findings (including the credibility determination, her

19  evaluation of the lay testimony, and the disability determination) turned in large part on the

20  original assessment of the medical evidence, those determinations are also remanded to the

21  Commissioner for further proceedings as appropriate.

22

23

24

25

26

ORDER REMANDING MATTER TO
COMMISSIONER OF SOCIAL SECURITY          -2-

1    For all of the foregoing reasons, this matter is hereby REMANDED to allow the

2  Commissioner of the Social Security Administration.  In reconsidering this case, the

3  Commissioner may hold further hearings and/or receive additional evidence.

4

5    Dated this 4th day of November, 2013.

6    *MvS Casnik*

7    Robert S. Lasnik

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REMANDING MATTER TO
COMMISSIONER OF SOCIAL SECURITY        -3-